CHAS. H. ASCHE & CO., INC. v. UNITED STATES

No. 7412.—Invoice dated Nottingham, England, July 1945.
    Certified July 1945.
    Entered at New York, N. Y., August 13, 1945.
    Entry No. 705864.

(Decided October 21, 1947)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal involves the proper dutiable values of certain cotton laces imported from England. In submitting the appeal for decision counsel for the respective parties have agreed that the issues involved herein are the same in all material respects as those involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

On the facts agreed upon and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amount added to cover the so-called British purchase tax. Judgment will be rendered accordingly.

CHARLES L. KING ET AL. v. UNITED STATES

No. 7413.—Invoices dated Walsall, England, July 2, 1946, etc.
    Certified July 5, 1946, etc.
    Entered at New York, N. Y., August 2, 1946, etc.
    Entry Nos. 709719; 749631; AD 1402.

(Decided October 21, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
    (Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.